IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM HENRY PRICE,

    Petitioner,                         No. CIV S-07-2525 GEB DAD P

    vs.

JOHN C. MARSHALL,

    Respondent.                    ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has also filed an application requesting leave to proceed in forma pauperis.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

        It appears that petitioner may be attempting to challenge his 2003 judgment of conviction entered in the Butte County Superior Court for theft. However, petitioner has failed to state grounds for relief that are based on an alleged violation of the U.S. Constitution. Instead, petitioner appears to claim that the police officers involved in his detention and arrest committed criminal acts of kidnapping and conspiracy in violation of penal statutes that do not provide

1

proper grounds for federal habeas relief.  The court will dismiss the habeas petition and provide petitioner leave to file an amended petition clarifying the grounds for relief  based on alleged constitutional violations.  Petitioner must use the form petition provided by the court and answer each question on the form so that the court can determine if petitioner has exhausted state court remedies for each of his grounds for relief.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's November 26, 2007 application to proceed in forma pauperis (Doc. No. 2), is granted;

2. The petition for writ of habeas corpus (Doc. No. 1) is dismissed;

3. Petitioner is granted thirty days from the date of service of this order to file an amended petition that complies with the requirements of the Federal Rules of Civil Procedure; the amended petition must bear the docket number assigned this case and must be labeled "Amended Petition;" petitioner must use the form petition provided by the court and must answer each question; petitioner's failure to file an amended petition in accordance with this order will result in the dismissal of this action; and

4. The Clerk of the Court is directed to provide petitioner with the court's form petition for a writ of habeas corpus by a state prisoner.

DATED: October 8, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
pric2525.9