IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM HENRY PRICE,

      Petitioner,                    No. CIV S-07-2525 GEB DAD P

    vs.

WARDEN R.E. BARNES,[1]

      Respondent.               ORDER

_____/

      Respondent has requested an extension of time to file his response to petitioner's amended petition pursuant to the court's order of December 31, 2009. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Respondent's February 6, 2009 request for an extension of time (Doc. No. 27) is granted; and

/////

/////

/////

---

[1] The court's previous orders have incorrectly identified the respondent in this action as John C. Marshall. In his amended petition, filed on October 29, 2008, petitioner substituted "Warden R.E. Barnes" as the respondent in place of John C. Marshall.

2. Respondent shall file a response to petitioner's amended petition for a writ of habeas corpus on or before March 7, 2009. Petitioner's traverse shall be filed thirty days thereafter.

DATED: February 9, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
pric2525.eot27

2