IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM HENRY PRICE,

    Petitioner,               No. CIV S-07-2525 GEB DAD P

    vs.

WARDEN R.E. BARNES,

    Respondent.          <u>ORDER</u>

_____/

        On March 23, 2009, petitioner requested an extension of time to file and serve an opposition to respondent's March 9, 2009 motion to dismiss. On March 27, 2009, petitioner filed his opposition. The court will deem petitioner's opposition timely filed.

        Accordingly, IT IS HEREBY ORDERED that petitioner's March 23, 2009 request for an extension of time to file his opposition to respondent's motion to dismiss (Doc. No. 32) is granted nunc pro tunc.

DATED: April 9, 2009.

                                               DALE A. DROZD
                                               UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
pric2525.111